Rose LEWANDOSKI, Appellant, v. MICHAEL LEWANDOSKI, Respondent.— Appeal from that part of an order of the Supreme Court, made at the Albany County Special Term which denied appellant's motion for a judgment for arrears in the payment of alimony, and reduced current payments to $15 a week. The solution of the issues involved in these motions was in the sound discretion of the court at Special Term (Civ. Prac. Act, § 1171-b). We may only interfere where it is plainly apparent that such discretion was abused, and in our opinion such an abuse of discretion does not appear from the record herein. Order unanimously affirmed, without costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ.

AETNA INSURANCE COMPANY et al., Appellants, v. RAYMOND H. REYNOLDS et al., Doing Business as BINGHAMTON SERVICE & PAINTING COMPANY, et al., Respondents.— Appeal by plaintiffs from a judgment of the Supreme Court in Broome County, in favor of the defendants entered upon a jury verdict of no cause of action at a Trial Term, under the subrogation provision of their policies. Plaintiffs brought these actions against the defendant, a painting copartnership, and one of its employees, charging them with negligence in causing fire damage to a church building which the painting firm was under contract to repaint. Plaintiffs' evidence established that fire damage was occasioned by defendants' use of a blowtorch in burning off old paint from a fluted column in the front of the church. Such method of preparation for the repainting job was authorized by the owner. The verdict was not against the weight of evidence and we see no errors in the reception of evidence or in the charge of the court which require a reversal. Judgment unanimously affirmed, with costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED SILVER, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.— Appeal from an order of the Supreme Court entered in Washington County which dismissed a writ of habeas corpus. We believe the order was properly granted. Order unanimously affirmed. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claims of MARGARET McGUINN et al., Respondents, and MATTHEW McGUINN et al., Claimants, against F. W. WOOLWORTH Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument denied, without costs. Application for a stay denied. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 277 App. Div. 1066; *ante,* p. 876.]